```
SOUTHERN MISSISSIPPI FUNERAL SERVICE, LLC
6631 WASHINGTON AVE.
OCEAN SPRINGS, MS 39564



PATRICK SHEEHAN
SHEEHAN LAW FIRM
429 PORTER AVE
OCEAN SPRINGS, MS 39564



APEX CONSTRUCTION
1430 31ST ST.
GULFPORT, MS 39501



CHARTER BANK
1721 MEDICAL PARK DR.
#103
BILOXI, MS 39532



DIRECT CAPITAL
155 COMMERCE WAY
PORTSMOUTH, NH 03801



KEESLER FEDERAL CU
P.O. BOX 7001
BILOXI, MS 39534



SOUTHERN MS PLANNING &
DEVELOPMENT
9229 HIGHWAY 49
GULFPORT, MS 39503
```