| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Southern Mississippi Funeral Service, LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF MISSISSIPPI** | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apex Construction**<br>1430 31st St.<br>**Gulfport, MS 39501** | | **Services** | | | | $250,000.00 |
| **Charter Bank**<br>1721 Medical Park Dr.<br>#103<br>**Biloxi, MS 39532** | | **Signature loan** | | | | $58,563.00 |
| **Charter Bank**<br>1721 Medical Park Dr.<br>#103<br>**Biloxi, MS 39532** | | **6631 Washington Ave., Ocean Springs, MS 39564** | | $875,839.36 | $875,000.00 | $839.36 |
| **Direct Capital**<br>155 Commerce Way<br>**Portsmouth, NH 03801** | | **Crematorium** | | $89,000.00 | $75,000.00 | $14,000.00 |
| **Direct Capital**<br>155 Commerce Way<br>**Portsmouth, NH 03801** | | **Office equipment** | | $18,000.00 | $9,000.00 | $9,000.00 |
| **Direct Capital**<br>155 Commerce Way<br>**Portsmouth, NH 03801** | | **Crematorium accessories** | | $15,000.00 | $7,500.00 | $7,500.00 |
| **Keesler Federal CU**<br>P.O. Box 7001<br>**Biloxi, MS 39534** | | **2016 Metris Van (#2)** | | $31,569.21 | $20,000.00 | $11,569.21 |
| **Keesler Federal CU**<br>P.O. Box 7001<br>**Biloxi, MS 39534** | | **2015 Cadillac Escalade** | | $52,972.18 | $42,000.00 | $10,972.18 |
| **Keesler Federal CU**<br>P.O. Box 7001<br>**Biloxi, MS 39534** | | **2016 Ford F150** | | $27,768.15 | $19,000.00 | $8,768.15 |
| **Keesler Federal CU**<br>P.O. Box 7001<br>**Biloxi, MS 39534** | | **Signature loan** | | | | $22,515.79 |

Debtor **Southern Mississippi Funeral Service, LLC**  Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Keesler Federal CU P.O. Box 7001 Biloxi, MS 39534** | | **2017 Mercedes GLS 550** | | $69,965.30 | $48,000.00 | $21,965.30 |
| **Keesler Federal CU P.O. Box 7001 Biloxi, MS 39534** | | **2016 Suburban** | | $63,824.23 | $45,000.00 | $18,824.23 |
| **Keesler Federal CU P.O. Box 7001 Biloxi, MS 39534** | | **2014 Winniebago Ultra Lite Travel Trailer** | | $31,624.54 | $13,000.00 | $18,624.54 |
| **Keesler Federal CU P.O. Box 7001 Biloxi, MS 39534** | | **2017 Chevy Silverado** | | $56,300.11 | $40,000.00 | $16,300.11 |
| **Keesler Federal CU P.O. Box 7001 Biloxi, MS 39534** | | **2016 Metris Van (#1)** | | $34,513.00 | $20,000.00 | $14,513.00 |

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Southern Mississippi Funeral Service, LLC**                Case No.
                                         Debtor(s)                  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Southern Mississippi Funeral Service, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 31, 2018** | **/s/ Patrick Sheehan** |
| Date | **Patrick Sheehan 6747** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Southern Mississippi Funeral Service, LLC** |
| | **Sheehan Law Firm** |
| | **429 Porter Ave** |
| | **Ocean Springs, MS 39564** |
| | **228-875-0572** |
| | **Mike@sheehanlawfirm.com** |