Fill in this information to identify the case:

Debtor name: **Southern Mississippi Funeral Service, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF MISSISSIPPI**
Case number (if known): **18-51483**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Apex Construction<br>1430 31st St.<br>Gulfport, MS 39501 | | Services | | | | $250,000.00 |
| Charter Bank<br>1721 Medical Park Dr.<br>#103<br>Biloxi, MS 39532 | | Signature loan | | | | $58,563.00 |
| Charter Bank<br>1721 Medical Park Dr.<br>#103<br>Biloxi, MS 39532 | | 6631 Washington Ave., Ocean Springs, MS 39564 | | $875,839.36 | $875,000.00 | $839.36 |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | | Crematorium | | $89,000.00 | $75,000.00 | $14,000.00 |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | | Office equipment | | $18,000.00 | $9,000.00 | $9,000.00 |
| Direct Capital<br>155 Commerce Way<br>Portsmouth, NH 03801 | | Crematorium accessories | | $15,000.00 | $7,500.00 | $7,500.00 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2016 Metris Van (#2) | | $31,569.21 | $20,000.00 | $11,569.21 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2015 Cadillac Escalade | | $52,972.18 | $42,000.00 | $10,972.18 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2016 Ford F150 | | $27,768.15 | $19,000.00 | $8,768.15 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | Signature loan | | | | $22,515.79 |

| Debtor | Southern Mississippi Funeral Service, LLC | | Case number (if known) | 18-51483 | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2017 Mercedes GLS 550 | | $69,965.30 | $48,000.00 | $21,965.30 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2016 Suburban | | $63,824.23 | $45,000.00 | $18,824.23 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2014 Winniebago Ultra Lite Travel Trailer | | $31,624.54 | $13,000.00 | $18,624.54 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2017 Chevy Silverado | | $56,300.11 | $40,000.00 | $16,300.11 |
| Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534 | | 2016 Metris Van (#1) | | $34,513.00 | $20,000.00 | $14,513.00 |