# United States Bankruptcy Court
## Southern District of Mississippi

In re    Southern Mississippi Funeral Service, LLC                              Case No.    **18-51483**
                                                         Debtor(s)              Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Southern Mississippi Funeral Service, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 31, 2018** | **/s/ Patrick Sheehan** |
| Date | **Patrick Sheehan 6747** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Southern Mississippi Funeral Service, LLC** |
| | **Sheehan Law Firm** |
| | **429 Porter Ave** |
| | **Ocean Springs, MS 39564** |
| | **228-875-0572** |
| | **Mike@sheehanlawfirm.com** |