# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Southern Mississippi Funeral Service, LLC**  
Debtor(s)

Case No.  **18-51483**  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stephen A. Hilton<br>6631 Washington Ave.<br>Ocean Springs, MS 39564 | N/A | 1 | LLC Membership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **July 31, 2018**

Signature  **/s/ Stephen A. Hilton**  
**Stephen A. Hilton**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.