## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In Re: SOUTHERN MISSISSIPPI FUNERAL
SERVICES, LLC

CHAPTER 11
NO: 18-51483-KMS

### NOTICE OF FILING APPLICATION FOR EMPLOYMENT OF COUNSEL

YOU ARE HEREBY NOTIFIED that Patrick A. Sheehan, attorney for the Debtor, has filed with the Bankruptcy Court an Application for Employment of Counsel; in Proceeding No. 18-51483-KMS, SOUTHERN MISSISSIPPI FUNERAL SERVICES, LLC, a copy of which is attached to this notice;

YOU ARE FURTHER NOTIFIED that any objection to the proposed request should be filed by written pleading with the Court within twenty-one (21) days of the date of this notice with a copy mailed to the U.S. Trustee and the attorney for the Debtor. If no objection is timely filed, the Court may grant the application as requested.

By: /s/ *Patrick A. Sheehan*
Patrick A. Sheehan, Proposed Counsel for Debtor

Sheehan Law Firm, PLLC
429 Porter Avenue
Ocean Springs, MS 39564-3715
(228) 875-0572 / fax (228) 875-0895
pat@sheehanlawfirm.com
MS Bar No.: 6747

### CERTIFICATE OF SERVICE

I, the undersigned PATRICK A. SHEEHAN, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following: all ECF participants; and I hereby certify that I have mailed by U.S. Postal Service the documents to the following non-ECF participants: all parties on the attached mailing matrix.

THIS the 10th day of August, 2018.

/s/ Patrick A. Sheehan
PATRICK A. SHEEHAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 18-51483-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Fri Aug 10 08:59:42 CDT 2018 | Charter Bank<br>1721 Medical Park Dr., Ste. 103<br>Biloxi, MS 39532-2155 | Keesler Federal Credit Union<br>c/o Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi, MS 39533-1939 |
| Southern Mississippi Funeral Service, LLC<br>6631 Washington Ave.<br>Ocean Springs, MS 39564-2167 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | Apex Construction<br>1430 31st St.<br>Gulfport, MS 39501 |
| Charter Bank<br>1721 Medical Park Dr.<br>#103<br>Biloxi, MS 39532-2155 | Direct Capital, a Division of CIT Bank, N.A.<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>c/o United States Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | Keesler Federal CU<br>P.O. Box 7001<br>Biloxi, MS 39534-7001 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Robert Alan Byrd<br>P.O. Box 1939<br>Biloxi, MS 39533-1939 | Robert T. Schwartz<br>Schwartz, Orgler & Jordan PLLC<br>2355 Pass Road<br>Biloxi, MS 39531-2344 | Southern MS Planning &<br>Development<br>9229 Highway 49<br>Gulfport, MS 39503-4317 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Patrick A. Sheehan<br>429 Porter Avenue<br>Ocean Springs, MS 39564-3715 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients   0<br>Total   18 |