**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

  **SOUTHERN MISSISSIPPI FUNDERAL SERVICE, LLC.**  **CASE NO. 18-51483-KMS**

**DEBTOR.**                       **CHAPTER 11**

**<u>Notice</u>**

**Notice is hereby given** that upon review of the Schedule H [Dkt. #39], filed on September 14, 2018, the following deficiency was found:

☒ *Jennifer Hilton and Stephen Hilton listed but not listed on the matrix.*

**Therefore**, you must:

1. Serve a copy of the *Notice of Chapter 11 Bankruptcy Case* (Official Form 309F) providing the debtor's full social security number to *Jennifer Hilton and Stephen Hilton*.

2. File a Certificate of Service ("COS") with the court that includes a redacted copy of the Notice and a record of the parties served. File the COS using the docket event [Bankruptcy> Other> Certificate of Service].

**You are further notified** that failure to comply with the above deficiency on or before **October 1, 2018** may result in a show cause hearing or the above Schedule being stricken without further notice.

Dated: September 17, 2018       Danny L. Miller, Clerk of Court
                              Dan M. Russell, Jr. U. S. Courthouse
                              2012 15th Street, Suite 244
                              Gulfport, MS 39501
                              228-563-1790