IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In Re: SOUTHERN MISSISSIPPI FUNERAL
SERVICES, LLC

CHAPTER 11
NO: 18-51483-KMS

### NOTICE OF FILING APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL

YOU ARE HEREBY NOTIFIED that Patrick A. Sheehan, attorney for the Debtor, has filed with the Bankruptcy Court an Application for Employment of Counsel; in Proceeding No. 18-51483-KMS, SOUTHERN MISSISSIPPI FUNERAL SERVICE, LLC, a copy of which is attached to this notice;

YOU ARE FURTHER NOTIFIED that any objection to the proposed request should be filed by written pleading with the Court within twenty-one (21) days of the date of this notice with a copy mailed to the U.S. Trustee and the attorney for the Debtor. If no objection is timely filed, the Court may grant the application as requested.

By: /s/ *Patrick A. Sheehan*
Patrick A. Sheehan, Proposed Counsel for Debtor

Sheehan Law Firm, PLLC
429 Porter Avenue
Ocean Springs, MS 39564-3715
(228) 875-0572 / fax (228) 875-0895
pat@sheehanlawfirm.com
MS Bar No.: 6747

### CERTIFICATE OF SERVICE

I, the undersigned PATRICK A. SHEEHAN, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following: all ECF participants; and I hereby certify that I have mailed by U.S. Postal Service the documents to the following non-ECF participants: all parties on the attached mailing matrix.

THIS the 25th day of September, 2018.

/s/ Patrick A. Sheehan
PATRICK A. SHEEHAN

```
Label Matrix for local noticing          CIT Direct Capital                      Charter Bank
0538-6                                   c/o William H. Leech                    1721 Medical Park Dr., Ste. 103
Case 18-51483-KMS                        P.O. Box 6020                           Biloxi, MS 39532-2155
Southern District of Mississippi         Ridgeland, MS 39158-6020
Gulfport-6 Divisional Office
Tue Sep 25 13:57:22 CDT 2018

Keesler Federal Credit Union             MISSISSIPPI DEPARTMENT OF REVENUE       Southern Mississippi Funeral Service, LLC
c/o Robert Alan Byrd                     Sylvie Robinson                         6631 Washington Ave.
P.O. Box 1939                            P.O. Box 22828                          Ocean Springs, MS 39564-2167
Biloxi, MS 39533-1939                    Jackson, MS 39225-2828


U.S. Bankruptcy Court                    AGJ Systems & Network                   Charter Bank
Dan M. Russell, Jr. U.S. Courthouse      14257 Dedeaux Rd.                       1721 Medical Park Dr.
2012 15th Street, Suite 244              Gulfport, MS 39503-3369                 #103
Gulfport, MS 39501-2036                                                          Biloxi, MS 39532-2155


Christopher H Meredith                   Cspire                                  Department of the Treasury
Copeland Cook Taylor & Bush              1018 Highland Colony                    Internal Revenue Service
PO Box 6020                              Ste. 300                                PO Box 7346
Ridgeland, MS 39158-6020                 Ridgeland, MS 39157-2068                Philadelphia, PA 19101-7346


Direct Capital, a Division of CIT Bank, N.A.   Hancock Bank                      Internal Revenue Service
155 Commerce Way                         P.O. Box 4019                           c/o United States Attorney
Portsmouth, NH 03801-3243                Gulfport, MS 39502-4019                 1575 20th Avenue, 2nd Floor
                                                                                 Gulfport, MS 39501-2040


Jeffrey S. and Rita R. Buck              Jennifer Hilton                         Keesler Federal CU
1930 31st Street                         18260 Blackwell Farm R                  P.O. Box 7001
Gulfport, MS 39501-6057                  Saucier, MS 39574-9309                  Biloxi, MS 39534-7001


Kloud 7                                  Mississippi Department of Revenue       Robert Alan Byrd
7675 Cotlage Hill Rd.                    Bankruptcy Section                      P.O. Box 1939
Ste. C                                   P.O. Box 22808                          Biloxi, MS 39533-1939
Mobile, AL 36695-2843                    Jackson, MS 39225-2808


Robert T. Schwartz                       Sarah Elizabeth Wilson                  Southern MS Planning &
Schwartz, Orgler & Jordan PLLC           Copeland Cook Taylor & Bush             Development
2355 Pass Road                           P. O. Box 6020                          9229 Highway 49
Biloxi, MS 39531-2344                    Ridgeland, MS 39158-6020                Gulfport, MS 39503-4317


Stephen A. Hilton                        Stephen Hilton                          Sylvie D. Robinson
6631 Washington Ave.                     18260 Blackwell Farm R                  Mississippi Department of Revenue
Ocean Springs, MS 39564-2167             Saucier, MS 39574-9309                  Post Office Box 22828
                                                                                 Jackson, MS 39225-2828


TCF Equipment Finance                    U.S. Securities and Exchange Commission  U.S. Securities and Exchange Commission
1111 West San Marnan                     Office of Reorganization                 c/o United States Attorney
Ste. A 2 West                            950 East Paces Ferry Road, Suite 900     1575 20th Avenue, 2nd Floor
Waterloo, IA 50701-8926                  Atlanta, GA 30326-1382                   Gulfport, MS 39501-2040
```

```
United States Trustee              William H. Leech                      Jeffrey S Buck
501 East Court Street              Copeland, Cook, Taylor & Bush, P.A    1930 31st Street
Suite 6-430                        P.O. Box 6020                         Gulfport, MS 39501-6057
Jackson, MS 39201-5022             Ridgeland, MS 39158-6020


Patrick A. Sheehan                 Rita R Buck
429 Porter Avenue                  1930 31st Street
Ocean Springs, MS 39564-3715       Gulfport, MS 39501-6057
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Apex Construction               End of Label Matrix
                                   Mailable recipients    34
                                   Bypassed recipients     1
                                   Total                  35
```