___

**SO ORDERED,**

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: October 3, 2018

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Southern Mississippi Funeral Service, LLC,**           **CASE NO: 18-51483 KMS**

**DEBTOR(S).**                                            **CHAPTER 11**

Patrick A. Sheehan, Esq.
Southern Mississippi Funeral Service, LLC, Debtor

## ORDER SETTING SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on October 18, 2018 at 1:30 p.m. in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr., U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to comply with the Notice of Deficiency (Dkt #42) issued on September 17, 2018, in the above-styled case.

##END OF ORDER##