Form hn001kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**Southern Mississippi Funeral Service, LLC**

**CASE NO. 18−51483−KMS**

DEBTOR.

CHAPTER 11

### NOTICE OF HEARING

The Debtor has filed a Motion to Extend Time to File Disclosure Statement and Plan (the "Motion") (Dkt. #111) with the Court in the above−styled case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

The Court will hold a hearing on January 3, 2019, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion and United States Trustee's Objection to Debtor's Motion (Dkt. #124).

If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 12/18/18

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Southern Mississippi Funeral Service, LLC., Debtor

Patrick A. Sheehan, Esq.

Christopher J. Steiskal, Sr., Esq.

United States Trustee